## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CARL ENGLAND                                                    CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                          NO. 18-01031-BAJ-EWD

### RULING AND ORDER

Before the Court is the **Magistrate Judge's Report And Recommendation (Doc. 14)**, recommending that the Court dismiss Plaintiff's claim with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** for the reasons explained in the Magistrate Judge's Report and Recommendation (Doc. 14).

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any state law claims.

Baton Rouge, Louisiana, this _15th_ day of April, 2021

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2